**ERIN JONES**
**1000 TOWN AND COUNTRY RD 317**
**ORANGE , CA 92868**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 1 8 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

*IFP Submitted*

Defendant, In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FAIRFIELD TOWN AND COUNTRY , LLC

Plaintiff,

    vs.

ERIN JONES

Defendant.

Case no 8:25-cv-00517-SRM (KESx)

**NOTICE OF REMOVAL**

**TO THE CLERK OF THE ABOVE-TITLED COURT AND THE HONORABLE UNITED STATES DISTRICT JUDGE:**

    PLEASE TAKE NOTICE that DefendantERIN JONES ("Defendant") hereby remove to this Court the above-captioned action described further below:

    1.   THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

On12/31/2024 TOWN AND COUNTRY ,LLC ("Plaintiff") filed an unlawful detainer action in the Superior Court of California, County of Los Angeles, entitled TOWN AND COUNTRY , LLC v.ERIN JONES  DOES 10 INCLUSIVE Case No.  **30-2024-01448333-CL-UD**

0-2024-01448333-CL-UD-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By V. Perez, Deputy Clerk.

**UD-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|

NAME  Danielle T. Kussler #180144/Susan E. Greek #126739
FIRM NAME  Kimball, Tirey & St. John LLP
STREET ADDRESS  2040 Main Street, Suite 500
CITY  Irvine        STATE CA  ZIP CODE 92614
TELEPHONE NO.  (949) 476-5585      FAX NO.  (949) 476-5580
EMAIL ADDRESS  OCefiling@kts-law.com
ATTORNEY FOR (name):  Plaintiff

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS:  700 CIVIC CENTER DRIVE WEST
MAILING ADDRESS
CITY AND ZIP CODE  SANTA ANA, CA 92701
BRANCH NAME  CENTRAL JUSTICE CENTER

PLAINTIFF: Fairfield Town and Country LLC
DEFENDANT: Erin Jones
[X] DOES 1 TO  10 inclusive

| COMPLAINT—UNLAWFUL DETAINER* | CASE NUMBER |
|---|---|
| [X] COMPLAINT  [ ] AMENDED COMPLAINT (Amendment Number): | 30-2024-01448333-CL-UD-CJC |

**Jurisdiction** (check all that apply):

[X] ACTION IS A LIMITED CIVIL CASE (amount demanded does not exceed $35,000)        Dept. C66
Amount demanded  [ ] does not exceed $10,000
                 [X] exceeds $10,000

[ ] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $35,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint (check all that apply):
  [ ] from unlawful detainer to general unlimited civil (possession not in issue).     [ ] from limited to unlimited.
  [ ] from unlawful detainer to general limited civil (possession not in issue).       [ ] from unlimited to limited.

1. PLAINTIFF (name each):
Fairfield Town and Country LLC

alleges causes of action against DEFENDANT (name each):
Erin Jones

2. a. Plaintiff is   (1) [ ] an individual over the age of 18 years.   (4) [ ] a partnership.
                     (2) [ ] a public agency.                          (5) [ ] a corporation.
                     (3) [X] other (specify):  Limited Liability Company

   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):

3. a. The venue is the court named above because defendant named above is in possession of the premises located at (street
      address, apt. no., city, zip code, and county):
      1000 W. Town and Country Rd. #317
      Orange, Orange County, CA 92868
      County of Orange
   b. The premises in 3a are (check one)
      (1) [X] within the city limits of (name of city):  Orange
      (2) [ ] within the unincorporated area of (name of county):
   c. The premises in 3a were constructed in (approximate year):  2022

4. Plaintiff's interest in the premises is   [X] as owner   [ ] other (specify):

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

*NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 1 of 4

| Form Approved for Optional Use | COMPLAINT — UNLAWFUL DETAINER | Civil Code, § 1940 et seq. |
|---|---|---|
| Judicial Council of California | | Code of Civil Procedure, §§ 425.12, 1166 |
| UD-100 [Rev. January 1, 2024] | | www.courts.ca.gov |

CEB | Essential
ceb.com | Forms

24-3259132

UD-10

| | |
|---|---|
| PLAINTIFF: Fairfield Town and Country LLC | CASE NUMBER: |
| DEFENDANT: Erin Jones | |

6.  a. On or about (date): 11/26/2024
    defendant (name each):
    Erin Jones

    (1) agreed to rent the premises as a ☐ month-to-month tenancy  ☒ other tenancy (specify):  1 Year
    (2) agreed to pay rent of $        3,715.00 payable ☒ monthly  ☐ other (specify frequency):
    (3) agreed to pay rent on the ☒ first of the month  ☐ other day (specify):
    b. This ☒ written  ☐ oral   agreement was made with
    (1) ☒ plaintiff.              (3) ☐ plaintiff's predecessor in interest.
    (2) ☐ plaintiff's agent.      (4) ☐ Other (specify):
    c. ☒ The defendants not named in item 6a are
    (1) ☐ subtenants.
    (2) ☐ assignees.
    (3) ☒ Other (specify): Unknown
    d. ☐ The agreement was later changed as follows (specify):

    e. ☐ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached
       and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)
    f. ☒ (For residential property) A copy of the written agreement is not attached because (specify reason):
       (1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
       (2) ☒ this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7.  The tenancy described in 6 (complete (a) or (b))

    a. ☒ is not subject to the Tenant Protection Act of 2019 (Civil Code, § 1946.2). The specific subpart supporting why tenancy
       is exempt is (specify): e(7)
    b. ☐ is subject to the Tenant Protection Act of 2019.

8.  (Complete only if item 7b is checked. Check all applicable boxes.)

    a. ☐ The tenancy was terminated for at-fault just cause (Civil Code, § 1946.2(b)(1)).

    b. ☐ The tenancy was terminated for no-fault just cause (Civil Code, § 1946.2(b)(2)) and the plaintiff (check one)

       (1) ☐ waived the payment of rent for the final month of the tenancy, before the rent came due, under
           section 1946.2(d)(2), in the amount of $
       (2) ☐ provided a direct payment of one month's rent under section 1946.2(d)(3), equaling $
           to (name each defendant and amount given to each):

    c. ☐ Because defendant failed to vacate, plaintiff is seeking to recover the total amount in 8b as damages in this action.

9.  a. ☒ Defendant (name each): Erin Jones

    was served the following notice on the same date and in the same manner:

    (1) ☒ 3-day notice to pay rent or quit     (5) ☐ 3-day notice to perform covenants or quit
    (2) ☐ 30-day notice to quit                    (not applicable if item 7b checked)
    (3) ☐ 60-day notice to quit                (6) ☐ 3-day notice to quit under Civil Code, § 1946.2(c)
    (4) ☐ 3-day notice to quit                     Prior required notice to perform covenants served (date):
                                               (7) ☐ Other (specify):